IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT BAUCHAM,**

    **Plaintiff,**

vs.                                                     4:05-CV-093-SPM

**CSG SYSTEMS, INC., a
foreign corporation,**

    **Defendant.**

_____/

**ORDER SETTING STATUS CONFERENCE AND
EXTENDING CERTAIN DEADLINES**

**THIS CAUSE** comes before the Court upon the "Emergency Request for Status Conference and Joint Motion to Extend Dispositive Motion Deadline and Continue Trial" (doc. 23) filed February 20, 2006, in which both parties request the Court's assistance with a dispute which arose during mediation. The parties are hopeful that the Court's guidance will enable this case to be successfully brought to settlement. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for status conference (doc. 23) is *granted*.

2.     A status conference is scheduled for ***Thursday, February 23, 2006 at 12:30pm*** at the United States Courthouse in Tallahassee,

      Florida.

3.      Dispositive motions shall be filed on or before ***March 16, 2006.***

4.      Trial in this case is reset for ***Monday, May 15, 2006 at 8:30am*** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this twenty-second day of February, 2006.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

/pao