# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROBERT BAUCHAM,**

    **Plaintiff,**

**vs.**                                                                                          **4:05-CV-093-SPM**

**CSG SYSTEMS, INC., a
foreign corporation,**

    **Defendant.**
_____/

## ORDER EXTENDING CERTAIN DEADLINES

**THIS CAUSE** comes before the Court upon the "Joint Motion to Extend Mediation and Dispositive Motion Filing Deadlines and Continue Trial" (doc. 26) filed March 2, 2006, in which both parties request an extension of time for mediation in order to permit out-of-town client representatives, as well as counsel from the related workman's compensation case, to attend.  The parties certify that an extension until March 31, 2006 should be sufficient time.

Finding good cause for the extension, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion for extension of time (doc. 26) is *granted*.

2.    Mediation shall be completed on or before **March 31, 2006**.

3.  The mediation report shall be filed on or before ***April 5, 2006***.

4.  Dispositive motions shall be filed on or before ***April 28, 2006.***

5.  Trial in this case is reset for ***Monday, June 19, 2006 at 8:30am*** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>sixth</u> day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao